1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALAN McDONALD,        )<br>                                                          )<br>            Petitioner,            )<br>                                                          )<br>      vs.                                            )<br>                                                          )<br>                                                          )<br>J. WOODFORD, Director,        )<br>                                                          )<br>            Respondent.          )<br>_____) | Case No. EDCV 06-484-AHS  (OP)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered dismissing this action with prejudice.

DATED: January 4, 2010

ALICEMARIE H. STOTLER
_____
HONORABLE ALICEMARIE H. STOTLER
Senior United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge